493 A.2d 1346

**George R.H. ELDER**

v.

**Adam ORLUCK**

v.

**BOROUGH OF HARRISVILLE, Petitioner.**

Supreme Court of Pennsylvania.

April 10, 1985.

Reconsideration Denied June 4, 1985.

Petition for Allowance of Appeal GRANTED, 23 W.D. Appeal Docket 1985.